REGINA MARASCO, Respondent, v. PIETRO ALVINO, Appellant, Impleaded with Another.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HY-MARK MANUFACTURING COMPANY, Appellant, v. NEW YORK STATE FIRE INSURANCE COMPANY, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ALMA J. SCHLICHTER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JENNIE MLOTKOWSKI, Infant, by MICHAEL MLOTKOWSKI, Her Guardian ad Litem, and IGNATIUS MLOTKOWSKI, Appellants, v. RAY CINNAMON and RAY KUFELD, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the refusal of the court to charge, to which exception was taken, to the effect that if the jury should find that the hole in the door was the proximate cause of the injury, the plaintiffs could recover, was error. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of ROBERT GEDDES to Confirm an Award in Arbitration Made in the Arbitration Proceedings between ROBERT GEDDES, Respondent, and GUY BOLTON, Appellant, in an Agreement to Submit to Arbitration, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of ARTHUR NICOLAIDIS against JOHN F. O'NEIL, a Justice of the Municipal Court of the City of New York.— Proceeding dismissed. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

EMIL BORDEN, Respondent, v. FRED T. LEY & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

BENJAMIN GREENSTEIN, Respondent, v. JACOB BLUM, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent.

D. M. W. CONTRACTING CORPORATION v. D'ANGELO FOUNDATION CORPORATION. D'ANGELO FOUNDATION CORPORATION v. THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appeal to be argued or submitted on or before March 20, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE CHARLES PARKER COMPANY v. BRIS-BAR HOLDING COMPANY, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 31, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.